An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY E. MCKINLEY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66062

FILED

AUG 2 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying an application for court order to compel clerk to provide copies of public records. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned application, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-27502

cc:    Hon. Michael Villani, District Judge
Gary E. McKinley
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk